JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM NATHANIEL WASHINGTON, | ) | CASE NO. CV 19-8071-VAP (PJW) |
| Petitioner, | ) | |
| v. | ) | J U D G M E N T |
| SCOTT FRAUENHEIM, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Order Denying Motion and Dismissing Action filed herewith,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: April 2, 2020

*Virginia A. Phillips*
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE